IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELIZABETH KARLSON,

      Plaintiff,

      v.

SCHEDULE A DEFENDANTS,

      Defendants.

Case No. 26-cv-64

**MOTION FOR 1) TEMPORARY RESTRAINING ORDER, 2) ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS, 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND 4) ORDER AUTHORIZING EXPEDITED DISCOVERY**

Plaintiff now moves this Court for an Order granting: 1) a temporary restraining order, 2) an order restraining assets and merchant storefronts, 3) an order to show cause why a preliminary injunction should not issue, and 4) an order authorizing expedited discovery against the Defendants identified on Schedule "A" to the Complaint.  Plaintiff is concurrently filing a Motion to File Under Seal, and if that is granted, Plaintiff will then file the papers supporting this Motion and a proposed Order under seal.

Respectfully submitted,

Dated: January 13, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff