# 085 Kuaiyi Home Textile

**Free shipping** Special for you    **Delivery guarantee** Refund for any issues    **Get the Temu App**

Temu | Best Sellers | Categories ∨ | shower curtains clearance | Orders & Account | EN | Cart

**Subtotal**
$9.92

✓ Free shipping special for you

**Checkout (1)**
⚠ 1 almost sold out

Go to cart

✓ Free shipping from Temu

Almost sold out
$9.92
1

### Temu Product Analysis Tool   switch language ∨

| Total sales | Total revenue | Average price | Average Store Reviews | Analysis results for items | |
|---|---|---|---|---|---|
| 5.6W | $ 13.2W | $ 9.32 | 3923 | 4.0 | The statistical data is the analysis results of **60** products on the current page |
| — | 3.5W | $ 0 | $ 3.4W | $ 9.35 | $ 37.01 | 0.00 | 4.4W | 0 | 4.9 | Detail |

Home › Home & Kitchen › Blankets & Throws › 1pc Contemporary Ink Paint...

**1pc Contemporary Ink Painting Printed Flannel Blanket, Soft Comfortable High-Definition Digital Print, All-Season Versatile for Living Room, Sofa, Bedroom Decor, Perfect Gift for Family, Friends, Christmas, Birthday, New Year, Dry Clean Only, Mixed Colors, No Embellishments, Polyester Cover, Knitted Fabric, 200-250g Square Kilogram**

Provided by ✿ (10K+ sold) ›

**ALMOST SOLD OUT** $**9**.92   Pay $2.48 today
Lowest price in 30 days

Enjoy an extra $10 off for orders $200+ with Klarna. ⓘ

✓ Free shipping special for you    Exclusive offer

Size:
29.53*39.37inch | 51.18*59.06inch | 59.06*78.74inch

⚠ Pre-order. Delivery: 5-12 business days ⓘ

Size guide

Qty 1 ∨   Added

**1 Added**
29.53*39.37inch   — | +

---

**Free shipping** Special for you    **Delivery guarantee** Refund for any issues    **Get the Temu App**

Temu   🎁 $5.00 Credit for delay ›

Home › Checkout

✓ | Free shipping special for you     Exclusive offer

**Shipping**     Change ›

409 Broad St
SEWICKLEY, PA 15143-1557, United States

**Order summary**

Enter coupon code | Apply

Apply coupon code ›

**Ships from Temu (1)** 1 item is almost gone!

1pc Contemporary Ink Painting Printed Flannel Blanket, Soft Comfortable High-Definition Digital Print, All-Season Versatile for Living Ro...
29.53*39.37inch

ALMOST SOLD OUT
$9.92
⚠ Pre-order. Delivery: 5-12 business days

🎁 Add a free gift message card ›

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

**Payment methods**

○ Card VISA ● ● ● ● ● ●
○ PayPal PayPal
○ $ Cash App Pay



VA 2-423-353

# 086 Zisheng Home Textile



**Order summary**

Shipping    Change ›

409 Broad St
SEWICKLEY, PA 15143-1557, United States

**Ships from Temu (1)**

Marble Pattern Polyester Shower Curtain Set with Hooks, Hand Wash, Water-Resistant Knit Fabric, Artistic Decorative Bath Accessory, All...
Dark Blue Marble / 150*180

$10.59 $34.11 -68%

Pre-order. Delivery: 5-12 business days

Add a free gift message card ›

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

**Payment methods**

○ Card VISA ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤

○ PayPal

○ Cash App Pay

**VA 2-423-353**

# 087 There are new pet supplies ava



# 088 IDOQI thousand sails digital





# 089 Good Lucky Phone Case



# 090 Case dynasty



# 091 Adem Case

**Free shipping** Special for you | **Delivery guarantee** Refund for any issues | **Get the Temu App**

TEMU | Best Sellers | Categories ⌄ | marble print phone cases | Search | Orders & Account | EN | Cart

**Temu Product Analysis Tool**   switch language ⌄

| Total sales | Total revenue | Average price | Average Store Reviews | Analysis results for items | |
|---|---|---|---|---|---|
| 9.7W | $ 42.8W | $ 8.00 | 3669 | 4.5 | The statistical data is the analysis results of **60** products on the current page |

Detail

Home > Cell Phones & Accessories > Cases, Holsters & Sleeves > Marble Pattern TPU Mobile ...

**Marble Pattern TPU Mobile Phone Case, Luxury Black Shockproof Case with Omni-Directional Lens Protection for Samsung Galaxy S22/S22 Ultra/S23 FE/S23 Ultra/S24 Plus/S24 Ultra /A32/A35/A05S/A15/A53/A54/A05/A51/A55/A33/A14**

**ALMOST SOLD OUT** **$4.03** [Pay $1.00 today]

Enjoy an extra $10 off for orders $200+ with Klarna.

✓ Free shipping special for you    Exclusive offer

Color: Black

Compatible Model:

| | | |
|---|---|---|
| Galaxy S22 5G | Galaxy S22+ 5G | Galaxy S22 Ultra 5G |
| Samsung Galaxy S23 FE | Samsung Galaxy S23 | |
| Samsung Galaxy S23+ | Samsung Galaxy S23 Ultra | Galaxy S24 |
| Galaxy S24 Plus | Galaxy S24 Ultra | Galaxy A05s |
| Galaxy A14 5G | Galaxy A15 | Galaxy A32 5G | Galaxy A33 5G |
| Galaxy A35 5G | Galaxy A51 5G UW | Galaxy A53 5G |
| Galaxy A54 5G | Galaxy A55 5G | |

**Subtotal**
**$4.03**

✓ Free shipping special for you

**Checkout (1)** 1 almost sold out

**Go to cart**

✓ Select all (1)

Almost sold out

$4.03

1 ⌄

---

**Free shipping** Special for you | **Free returns** Up to 90 days* | **Get the Temu App**

TEMU   💳 $5.00 Credit for delay >

Home > Checkout

✓ | Free shipping special for you    Exclusive offer

**Order summary**

[Enter coupon code] [Apply]

Apply coupon code >

**Shipping**    Change >

409 Broad St
SEWICKLEY, PA 15143-1557, United States

**Ships from Temu (1)** 1 item is almost gone!

Marble Pattern TPU Mobile Phone Case, Luxury Black Shockproof Case with Omni-Directional Lens Protection for Samsung Galaxy S22/S...
Samsung Galaxy S23 / Black

ALMOST SOLD OUT

$4.03

⚠ Pre-order. Delivery: 5-13 business days

🎁 Add a free gift message card >

Standard shipping: FREE, delivery: 5-13 business days, fastest delivery in 5 business days. May arrive before Christmas >

**Payment methods**

○ Card VISA ● ● ● DISCOVER ● ● ●
○ PayPal
○ $ Cash App Pay



VA 2-423-353

# 092 Banana Boxes



# 093 Shangbia



# 094 HAIGE CASE



# 095 KKJCASE



# 096 LY Digital factory



# 097 Cherry Tomato Phone Case



# 098 KIKI TRENDY ERA



# 099 LOVE CASES

**Free shipping** Special for you    **Free returns** Up to 90 days*    **Get the Temu App**

TEMU   Best Sellers   Categories ⌄   shower curtains clearance  🔍   Orders & Account   🇺🇸 EN   🛒 Cart

### Temu Product Analysis Tool   switch language ⌄

| Total sales | Total revenue | Average price | Average Store Reviews | Analysis results for items | |
|---|---|---|---|---|---|
| 2.6W | $ 16.5W | $ 10.68 | 909 | 4.3 | The statistical data is the analysis results of 60 products on the current page |

Detail

Home › Cell Phones & Accessories › Cases, Holsters & Sleeves › Ink Splashing Marble Patte...

**Merry deals** ✓ Free shipping special for you   Exclusive offer

Ink Splashing Marble Pattern Frosted Anti-Ship Phone Case With High-end Texture, For Apple 15/14/13/12/11/XS/XR/X/7/8/Plus/Pro/Max/Mini

22 sold | Provided by 🄰 (100K+ sold) ›

**ALMOST SOLD OUT $2.45** 89% OFF limited time $22.39

Pay $0.61 today

Enjoy an extra $10 off for orders $200+ with Klarna.

**Big sale** — Ends in 13:16:55:59 ›

Color: Black

Compatible Model:

| iPhone 14 Pro Max | iPhone 14 Pro | iPhone 14 Plus | iPhone 14 |
| iPhone 13 Pro Max | iPhone 13 Pro | iPhone 13 | iPhone 12 Pro Max |
| iPhone 13 Mini | iPhone 12 Pro | iPhone 12 | iPhone 12 Mini |
| iPhone 11 Pro Max | iPhone 11 Pro | iPhone 11 | iPhone XS Max |
| iPhone XR | iPhone 7 Plus | iPhone 7 | iPhone X |
| iPhone 15 Pro Max/Ultra | iPhone 15 Pro | iPhone 15 | iPhone 15 Plus |

⊙ Pre-order. Delivery: 5-12 business days

Qty 1 ⌄ Added

**Subtotal** $2.45

Free shipping special for you

**Checkout (1)** 1 almost sold out

Go to cart

✓ Free shipping from Temu

Almost sold out $2.45   1 ⌄

**No item reviews yet**
But we found 12 reviews from similar items on Temu.

---

**Free shipping** Special for you    **Free returns** Up to 90 days*    **Get the Temu App**

TEMU   $5.00 Credit for delay ›

Home › Checkout

✓ | Free shipping special for you   Exclusive offer

**Shipping**   Change ›

409 Broad St
SEWICKLEY, PA 15143-1557, United States

**Order summary**

Enter coupon code   Apply

Apply coupon code ›

**Ships from Temu (1)** 1 item is almost gone!

Ink Splashing Marble Pattern Frosted Anti-Ship Phone Case With High-end Texture, For Apple 15/14/13/12/11/XS/XR/X/7/8/Plus/Pro/M...
iPhone 14 Pro Max / Black

Big sale — 89% limited time

ALMOST SOLD OUT

$2.45 $22.39

⊙ Pre-order. Delivery: 5-12 business days

🎁 Add a free gift message card ›

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

**Payment methods**

○ 💳 Card VISA ⬤ MasterCard AMERICAN EXPRESS DISCOVER ⬤ DISCOVER JCB

○ PayPal PayPal

○ $ Cash App Pay



VA 2-423-353

# 100 VOGUE CASE



**Free shipping** Special for you — **Free returns** Up to 90 days* — **Get the Temu App**

Best Sellers · Categories · marble phone case · Orders & Account · EN · Cart

Subtotal $2.37

Free shipping special for you

Checkout (1)

Go to cart

Free shipping from Temu

$2.37

Temu Product Analysis Tool · switch language

| Total sales | Total revenue | Average price | Average Store Reviews | Analysis results for items | |
| --- | --- | --- | --- | --- | --- |
| 1.9W | $ 10.3W | $ 10.36 | 1456 | 4.2 | |

The statistical data is the analysis results of 60 products on the current page

Detail

Home > Cell Phones & Accessories > Cases, Holsters & Sleeves > Hot Selling Texture Patter...

Hot Selling Texture Pattern Design Theme Luxury Shockproof Aesthetic Cute Phone Case, Fun And Personalized Mobile Phone Case Suitable for Iphone Series, Gift for Easter Day, Christmas Halloween Decoration/Gift for Birthday, Girlfriend, Boyfriend

1 sold | Provided by (31K+ sold) >

**$2.37** 84% OFF $14.99 · Pay $0.59 today · Klarna

Enjoy an extra $10 off for orders $200+ with Klarna

✓ Free shipping special for you — Exclusive offer

Color: Transparent

Compatible Model:

iPhone 14 Pro Max · iPhone 13 · iPhone 11 Pro Max
iPhone 11 Pro · iPhone 13 Mini · iPhone 14 Pro
iPhone 12 Pro Max · iPhone 14 Plus · iPhone 11 · iPhone 14
iPhone 12 Pro · iPhone XS Max · iPhone 12
iPhone 13 Pro Max · iPhone 12 Mini · iPhone XR
iPhone 13 Pro · iPhone 7 Plus/8 Plus · iPhone 15

**Free shipping** Special for you — **Free returns** Up to 90 days* — **Get the Temu App**

$5.00 Credit for delay >

Home > Checkout

✓ | Free shipping special for you — Exclusive offer

**Shipping** — Change >

409 Broad St
SEWICKLEY, PA 15143-1557, United States

**Order summary**

Enter coupon code · Apply

Apply coupon code >

**Ships from Temu (1)**

Hot Selling Texture Pattern Design Theme Luxury Shockproof Aesthetic Cute Phone Case, Fun And Personalized Mobile Phone Case Suit...
iPhone 14 Pro Max / Transparent

**$2.37** $14.99 -84%

⏱ Pre-order. Delivery: 5-12 business days

🎁 Add a free gift message card >

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days >

**Payment methods**

○ Card · VISA · Mastercard · American Express · DISCOVER
○ PayPal
○ $ Cash App Pay

VA 2-423-353

# 101 Hi Case



# 102 DG Case

**Free shipping** Special for you     **Free returns** Up to 90 days*     **Get the Temu App**

TEMU | Best Sellers  Categories ⌄ | marble phone case | 🔍 | Orders & Account | 😊 | 🇺🇸 EN | 🛒 Cart

Temu Product Analysis Tool    switch language ⌄

| Total sales | Total revenue | Average price | Average Store Reviews | Analysis results for items | The statistical data is the analysis results of 60 products on the current page | Detail |
|---|---|---|---|---|---|---|
| 1.8W | $ 10.6W | $ 9.16 | 1504 | 4.4 | | |

Home › Cell Phones & Accessories › Cases, Holsters & Sleeves › High-end marble pattern, h...

High-end marble pattern, high-end frosted touch, anti-fingerprint, full lens protection, anti-shock and anti-fall mobile phone case, suitable for iPhone11 12 13 14 15 Pro Max XS XR X 7 8 Plus SE, can be given as a gift to parents and friends

18 sold | Provided by ▣ (100K+ sold) ›      5.0 ★★★★★

**$2.37** Pay $0.59 today

Enjoy an extra $10 off for orders $200+ with ▣

✓ Free shipping special for you                    Exclusive offer

Color: Black

Compatible Model:

iPhone 15 Pro Max | iPhone 15 Plus | iPhone 15 Pro | iPhone 15
iPhone 14 Pro Max | iPhone 14 Plus | iPhone 14 Pro | iPhone 14
iPhone 13 Pro Max | iPhone 13 Pro | iPhone 13 | iPhone 13 Mini
iPhone 12 Pro Max | iPhone 12 Pro | iPhone 12 | iPhone 12 Mini
iPhone 11 Pro Max | iPhone 11 Pro | iPhone 11 | iPhone XR
iPhone XS Max | iPhone X/XS | iPhone 7 Plus/8 Plus | iPhone 7/8/SE2/SE3
iPhone SE

⚠ Pre-order. Delivery: 5-12 business days

Qty  1 ⌄   Added

2 reviews | 5.0 ★★★★★          ✅ All reviews are from verified purchases

Item reviews (2)    Provider reviews (5,489)

Subtotal $2.37

Free shipping special for you

**Checkout (1)**

Go to cart

✓ Free shipping from Temu

$2.37

1 ⌄

---

**Free shipping** Special for you     **Free returns** Up to 90 days*     **Get the Temu App**

TEMU   💬 $5.00 Credit for delay ›

Home › Checkout

✓ | Free shipping special for you                                    Exclusive offer

Order summary

Shipping                                                    Change ›

409 Broad St
SEWICKLEY, PA 15143-1557, United States

Enter coupon code | Apply

Apply coupon code ›

Ships from Temu (1)

High-end marble pattern, high-end frosted touch, anti-fingerprint, full lens protection, anti-shock and anti-fall mobile phone case, suita...
iPhone 15 Pro Max / Black

$2.37
⚠ Pre-order. Delivery: 5-12 business days

🎁 Add a free gift message card ›

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

Payment methods

○ | Card  VISA ● ● ● ● ● ● ●
○ | PayPal
○ | $ Cash App Pay



VA 2-423-353

# 103 Elizawiny



**Free shipping** Special for you

**Delivery guarantee** Refund for any issues

**Get the Temu App**

Best Sellers   Categories ⌄    marble phone case    🔍   Orders & Account   😊   🇺🇸 EN   🛒 Cart

Subtotal
$2.98
✓ Free shipping special for you

Checkout (1)

Go to cart

✓ Free shipping from Temu

$2.98

1 ⌄

Temu Product Analysis Tool   switch language ⌄

| Total sales ❓ | Total revenue ❓ | Average price ❓ | Average Store Reviews ❓ | Analysis results for items ❓ | The statistical data is the analysis results of **60** products on the current page |
| --- | --- | --- | --- | --- | --- |
| 2.2W | $ 8.1W | $ 9.65 | 1482 | 4.5 | Detail |

Home › Cell Phones & Accessories › Cases, Holsters & Sleeves › Marbling Shockproof with L...

Marbling Shockproof with Lens Protection, TPU Black Phone Mobile Phone Accessories Compatible with for Iphone11/12/13/14/15/16/Pro Max Or Plus Series Case Gift

Provided by ⬤ (8.5K+ sold) ›

$2.98 **86% OFF** $21.88   Pay $0.74 today   Lowest price in 30 days

Enjoy an extra $10 off for orders $200+ with Klarna.

✓ Free shipping special for you    Exclusive offer

Color: Black

Compatible Model:

| iPhone 11 | iPhone 11 Pro | iPhone 11 Pro Max | iPhone 12 |
| --- | --- | --- | --- |
| iPhone 12 Pro | iPhone 12 Pro Max | iPhone 13 | iPhone 13 Pro |
| iPhone 13 Pro Max | iPhone 14 | iPhone 14 Plus | iPhone 14 Pro |
| IPhone 14 Max | iPhone 15 | iPhone 15 Plus | iPhone 15 Pro |
| iPhone 15 Pro Max | IPhone 16 | iPhone 16 Plus | IPhone 16 Pro |
| IPhone 16 Pro Max | | | |

❶ Pre-order. Delivery: 5-12 business days ❓

**Free shipping** Special for you

**Free returns** Up to 90 days*

**Get the Temu App**

💳 $5.00 Credit for delay ›

Home › Checkout

✓ | Free shipping special for you    Exclusive offer

**Shipping**    Change ›

409 Broad St
SEWICKLEY, PA 15143-1557, United States

**Ships from Temu (1)**

Marbling Shockproof with Lens Protection, TPU Black Phone Mobile Phone Accessories Compatible with for Iphone11/12/13/14/15/16/...
iPhone 11 / Black

$2.98 $21.88 -86%

❶ Pre-order. Delivery: 5-12 business days

🎁 Add a free gift message card ›

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days ›

**Payment methods**

○ 💳 Card VISA 🟠 💳 DISCOVER 💳 💳

○ PayPal PayPal

○ 💲 Cash App Pay

**Order summary**

Enter coupon code   Apply

Apply coupon code ›

# 104 Case Shock



# 105 Be sunny



Marble Silver Accent IMD TPU Phone Case Bundle for iPhone 11/12/13/14/15 - Durable Protection with Fashionable Design

Provided by ● (2.2K+ sold) >

**$9.76** Pay $2.44 today Klarna.

Enjoy an extra $10 off for orders $200+ with Klarna.

✓ Free shipping special for you    Exclusive offer

Color: Black

Black | White

Compatible Model:
iPhone 14 Pro Max | iPhone 14 Pro | iPhone 14
iPhone 13 Pro Max | iPhone 13 Pro | iPhone 13
iPhone 12 Pro Max | iPhone 12 Pro | iPhone 12
iPhone 11 Pro Max | iPhone 11 | iPhone 15 | iPhone 15 Pro

$5.00 Credit for delay >

Home > Checkout

✓ | Free shipping special for you    Exclusive offer

**Shipping**    Change >

409 Broad St
SEWICKLEY, PA 15143-1557, United States

Order summary

Enter coupon code | Apply

Apply coupon code >

**Ships from Temu (1)**

Marble Silver Accent IMD TPU Phone Case Bundle for iPhone 11/12/13/14/15 - Durable Protection with Fashionable Design
iPhone 14 Pro Max / Black

$9.76
Pre-order. Delivery: 5-12 business days

Add a free gift message card >

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days >

**Payment methods**

○ Card VISA Mastercard American Express Discover ...
○ PayPal PayPal
○ Cash App Pay

VA 2-423-353

# 106 Crazed Case Party



# 107 Green Leaf New Digital



# 108 Bubble Knight Phone Case



# 109 CASE CLUB



# 110 STYLE CASE



# 111 Amour Case



# 112 ECHO CASE



# 113 ZuoChuang CASE



# 114 RAOYANFEI



**Free shipping** Special for you    **Price adjustment** Within 30 days    **Get the Temu App**

Best Sellers   Categories ∨   men's hoodies    Orders & Account   EN   Cart

Home / Cell Phones & Accessories / Cases, Holsters & Sleeves / Stylish, trendy,, beautiful...

🚚 Fastest delivery: 5 days Stylish, trendy,, beautiful and interesting cloud mist pattern high-end soft protective mobile phone case for iPhone 7/8/X/XS/XR/11/12/13/14/15 Plus Pro Max Mini. Perfect holiday gift/birthday gift for girlfriend, boyfriend, woman, for Man, husband, wife, friend or yourself

Sold by (55 sold) >

**$2.01** Pay $0.50 today

✓ Free shipping special for you    Exclusive offer

Color: Ivory White

Compatible Model:

| iPhone 14 Pro Max | iPhone 14 Pro | iPhone 14 Plus | iPhone 14 |
| iPhone 13 Pro Max | iPhone 13 Pro | iPhone 13 | iPhone 13 Mini |
| iPhone 12 Pro Max | iPhone 12 Pro | iPhone 12 | iPhone 12 Mini |
| iPhone 11 Pro Max | iPhone 11 Pro | iPhone 11 | iPhone XS Max |
| iPhone XR | iPhone 7/8 | iPhone 6/6s | iPhone 6 Plus/6s Plus |
| iPhone X/XS | iPhone 7 Plus/8 Plus | iPhone 15 | iPhone 15 Pro |
| iPhone 15 Plus | iPhone 15 Pro Max | iPhone 16 | iPhone 16 Pro |
| iPhone 16 Plus | iPhone 16 Pro Max | | |

🔴 Pre-order: Delivery: 5-12 business days

Qty 1 ∨ Added

− **1 Added** Ivory White/iPhone 6 Plus/6s Plus +

🚚 **Free shipping** >

Standard: FREE Delivery: Fastest delivery in 5 business days    Express: $12.90 or FREE (orders Delivery: Fastest delivery in 3 bus...

✓ Temu's Commitments >

**RAOYANFEI** 55 Sold

Follow    Shop all items (516)

**Details** ♡ Save | Report this item >

Main Material: TPU

---

**Subtotal** $2.01

Free shipping special for you

Checkout (1)

Go to cart

✓ Free shipping from Temu

$2.01

1 ∨

---

**Free shipping** Special for you    **Free returns** Up to 90 days*    **Get the Temu App**

🚚 $5.00 Credit for delay >

Home > Checkout

✓ | Free shipping special for you    Exclusive offer

**Shipping** Change >

Ooo Oo ▮
409 Bread St
SEWICKLEY, PA 15143-1557, United States

**Ships from Temu (1)**

Stylish, trendy,, beautiful and interesting cloud mist pattern high-end soft protective mobile phone case for iPhone 7/8/X/XS/XR/11/12/13/14/15 Plus Pr... iPhone 6 Plus/6s Plus / Ivory White    Qty:

$2.01
🔴 Pre-order: Delivery: 5-12 business days

🎁 Add a free gift message card >

Standard shipping: FREE, delivery: 5-12 business days, fastest delivery in 5 business days >

**Payment methods**

○ ▬ Card VISA Mastercard AMEX DISCOVER Diners JCB
○ PayPal PayPal
○ Cash App Pay
○ Venmo Venmo
○ G Pay Google Pay
○ Afterpay $20 order min. applies

**Order summary**

Enter coupon code | Apply

Apply coupon code >

Item(s) total: $2.01

Shipping: FREE

VA 2-423-353

# 115 Tangerine phone case



# 116 Odu case



# 117 Shangbib



# 118 Hoshino Phone Case



# 119 Taiding



Home > Cell Phones & Accessories > Cases, Holsters & Sleeves > Shockproof PC Phone Case f...

Shockproof PC Phone Case for Samsung Galaxy S24 Series - Wireless Charging Compatible, Candy Color Design, Anti-Fall & Anti-Fingerprint Protection

2 sold | Sold by ... >

5.0 ★★★★★

ALMOST SOLD OUT $3.18

Free shipping special for you     Exclusive offer

Color: Black

Black | Blue | [Red] | Light Blue | Light Grey | Transparent

Compatible Model:

Galaxy S24 Ultra | Galaxy S24 Plus | Galaxy S24

Pre-order. Delivery: 4-11 business days

Qty 1   Added

1 Added Black/Galax..    Go to cart

Free shipping

Standard: FREE
Delivery: Fastest delivery in 4 business days

Express: $12.90 or FREE (orders
Delivery: Fastest delivery in 3 bus...

Temu's Commitments

Security & Privacy    Delivery guarantee
✓ Safe payments    ✓ $5.00 Credit for delay    ✓ Return if item damaged
✓ Secure privacy    ✓ 15-day no update refund    ✓ 30-day no delivery refund

Free returns · Price adjustment >

Temu's Tree Planting Program (16M+ trees) >

1 review | 5.0 ★★★★★     All reviews are from verified purchases

Item reviews (1)   Store reviews (650)

li***57 in ... on Nov 10, 2024
★★★★★
100% love it.awesome

See all reviews

Subtotal
$3.18
Free shipping special for you
Checkout (1)
Go to cart

Free shipping from Temu
Almost sold out
$3.18
1

All data is encrypted >

Home > Checkout

Free shipping special for you     Exclusive offer

Shipping     Change >

Oo o
409 Broad St
SEWICKLEY, PA 15143-1557, United States

Ships from Temu (1)   1 item is almost gone!

Shockproof PC Phone Case for Samsung Galaxy S24 Series - Wireless Charging Compatible, Candy Color Design, Anti-Fall & Anti-Fingerprint
Galaxy S24 Ultra / Black
$3.18
Pre-order. Delivery: 4-11 business days

Add a free gift message card >

Standard shipping: FREE, delivery: 4-11 business days, fastest delivery in 4 business days >

Payment methods

○ Card VISA Mastercard American Express Discover ...
○ PayPal
○ Cash App Pay
○ Venmo
○ Google Pay
○ Afterpay

Order summary

Apply coupon code >

Item(s) total: $3.18
Shipping: FREE

VA 2-423-353

# 120 Quke case



# 121 Pxma lu



**Trendy fashion mobile phone case for Xiaomi 14 Ultra mi 14 Pro 13T Pro 13 Ultra 13 Pro 12X 12T Pro 12S Ultra 12S Pro 12 Pro 12 Lite 11X Pro 11i HyperCharge Civi4 Pro 5G Civi3 case, sensitive and comfortable buttons, moderate thickness**

2 sold | Sold by

**ALMOST SOLD OUT $3.20**

Free shipping special for you   Exclusive offer

Color: Black

Model:
Xiaomi 14 Ultra | Xiaomi 14 Pro | Xiaomi 14 | Xiaomi 13T Pro
Xiaomi 13T | Xiaomi 13 Ultra | Xiaomi 13 Pro | Xiaomi 13 | Xiaomi 12X
Xiaomi 12T Pro | Xiaomi 12T | Xiaomi 12S Ultra | Xiaomi 12S Pro
Xiaomi 12S | Xiaomi 12 Pro (Dimensity) | Xiaomi 12 Pro | Xiaomi 12 Lite
Xiaomi 12 | Xiaomi 11X Pro | Xiaomi 11x | Xiaomi 11i HyperCharge
Xiaomi 11i | Xiaomi Civi4 Pro 5G | Xiaomi Civi3

Pxma lu
7 Followers | 2K+ Sold | 4.8 Rating

**VA 2-423-353**



VA 2-423-353

# 123 CASESTORY



# 124 Ke Aido Shop





VA 2-423-353

# 125 SHELL FF APPEAL



# 126 BuTingMai







# 128 IQW





VA 2-423-353

# 129 shangmeida





VA 2-423-353