IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ELIZABETH KARLSON,<br><br>          Plaintiffs,<br><br>v.<br><br>DAWNKING, *et al*.,<br><br>          Defendants. | Civil Action No. 26-cv-64<br><br>Judge Hardy |

       AND NOW, this _____ DAY of _____, 2026, pursuant to the request to enter

default and affidavit(s) filed, default is hereby entered against the Defendants in Schedule "A"

for failure to plead or otherwise defend.

CLERK'S ENTRY OF DEFAULT

Date: 7/20/2026

*Karen Sawdy*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena